IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SALSILITO CANTINA, INC., § | | |
|  *Plaintiff,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 5:17-cv-761-DAE | |
| § | | |
| NATIONWIDE INSURANCE COMPANY § | | |
| OF AMERICA, ALLIED PROPERTY AND § | | |
| CASUALTY INSURANCE COMPANY, § | | |
| and JOHNNY SOTO, III, § | | |
|  *Defendants*. § | | |

## NOTICE OF SETTLEMENT

  Defendants Nationwide Insurance Company, Allied Property and Casualty Insurance Company, and Johnny Soto, III hereby provide notice to the Court that Plaintiff and Defendants have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendants respectfully request that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signature on following page.)*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Lauren L. Burgess
Texas Bar No. 24082751
lburgess@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 9th day of April, 2018.

A. "Trae" Mindiola
James Carlos Canady
Mindiola Law Firm, P.C.
10900 Northwest Freeway, Suite 215
Houston, Texas 77092

*/s/ Patrick M. Kemp*
Patrick M. Kemp