IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SALSILITO CANTINA, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-cv-761-DAE |
| | § | |
| NATIONWIDE INSURANCE COMPANY | § | |
| OF AMERICA, ALLIED PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY, | § | |
| and JOHNNY SOTO, III, | § | |
| *Defendants.* | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Salsilito Cantina, Inc. and Defendants Nationwide Insurance Company, Allied Property and Casualty Insurance Company, and Johnny Soto, III hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.    Plaintiff filed suit against Defendants related to insurance claims for property damage allegedly caused by a hailstorm which occurred on or about April 12, 2016.

2.    Plaintiff and Defendants have since resolved their differences to their mutual satisfaction.

3.    Plaintiff moves to dismiss the entire suit with prejudice. Defendants agree to the dismissal.

4.    This case is not a class action, and a receiver has not been appointed.

5.    This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Lauren L. Burgess
Texas Bar No. 24082751
lburgess@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

A. "Trae" Mindiola
Texas Bar No. 24044351
James Carlos Canady
Texas Bar No. 24034357
Mindiola Law Firm, P.C.
10900 Northwest Freeway, Suite 215
Houston, Texas 77092
(713) 597-6333 – Telephone
(888) 813-6839 – Fax
trae@mindiolalawfirm.com
carlos@mindiolalawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 4th of ___May___, 2018 to:

A. "Trae" Mindiola
James Carlos Canady
Mindiola Law Firm, P.C.
10900 Northwest Freeway, Suite 215
Houston, Texas 77092

*/s/ Patrick M. Kemp*
Patrick M. Kemp